**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

JOSE ADRIAN GUARDADO URIAS,

Petitioner,

v.

WARDEN,

Respondent.

Case No. 5:26-cv-03384-JWH-DFM

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections were filed by the deadline. Good cause appearing therefor, it is hereby **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation [ECF No. 14] is **ACCEPTED** and **ADOPTED** in its entirety.

2. The Petition for a Writ of Habeas Corpus is **DENIED without prejudice**.

**IT IS SO ORDERED.**

Dated: August 31, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE