JS-6

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

JOSE ADRIAN GUARDADO URIAS,
Petitioner,
v.
WARDEN,
Respondent.

Case No. 5:26-cv-03384-JWH-DFM

**JUDGMENT**

Pursuant to the "Order Accepting the Report and Recommendation of the United States Magistrate Judge" entered substantially contemporaneously herewith, and pursuant to Rule 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. The Petition for Writ of Habeas Corpus is **DENIED without prejudice**.

2. Because the case arises under 28 U.S.C. § 2241 and does not attack a State Court detention, no ruling on a certificate of appealability is required. *See* 28 U.S.C. § 2253(c)(1); *Harrison v. Ollison*, 519 F.3d 952, 958 (9th Cir. 2008).

**IT IS SO ORDERED.**

Dated: August 31, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE